**Order filed April 17, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00098-CR
_____

**TERRY WAYNE LEWIS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-37,604**

---

### O R D E R

The State and opposing counsel have filed in this court a joint motion to permanently abate this appeal due to the death of Terry Wayne Lewis. The death certificate is attached to the motion. Lewis's death deprives this court of jurisdiction. *See Molitor v. State*, 862 S.W.2d 615 (Tex. Crim. App. 1993). If an appellant in a criminal case dies after an appeal is perfected but before mandate has issued, the appeal must be permanently abated. TEX. R. APP. P. 7.1(a)(2).

The joint motion is granted, and this appeal is permanently abated.

April 17, 2014                                        PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.